03-15-00532-CR

December 4, 2015


Re:     State of Texas v. Shane Fuller, Cause No. D-1-DC-15-904040


Dear Mr. Kyle,

The reporter's record in this case is due today; however, with my other recent deadlines, the holidays, and some personal matters going on outside of work, I have not been able to complete it.  I would respectfully request an extension to file the reporter's record in this case.

Thank you in advance for your consideration.

Sincerely,


Angela Chambers